STATE OF NORTH CAROLINA v. GEORGE RICO RAY

No. 640A84

(Filed 27 February 1985)

APPEAL as of right pursuant to N.C. Gen. Stat. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 71 N.C. App. 165, 321 S.E. 2d 547 (1984), finding no error in the judgment entered by *Hairston, J.,* on 8 March 1983 in Superior Court, GUILFORD County. Heard in the Supreme Court 5 February 1985.

*Rufus L. Edmisten, Attorney General, by Thomas B. Wood, Assistant Attorney General, for the State.*

*Adam Stein, Appellate Defender, by Geoffrey C. Mangum, Assistant Appellate Defender, for the defendant appellant.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.